UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THOMAS D. BROWN, SR.,

*Plaintiff,*

v.

No. 19-cv-320 (UNA)

U.S. BLUE CROSS/BLUE SHIELD,

*Defendant.*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's application to proceed *in forma pauperis* [2] is **GRANTED**; it is

**FURTHER ORDERED** that the plaintiff's motion for CM/ECF password [3] is **DENIED**; it is

**FURTHER ORDERED** that the plaintiff's Motion for Court to Reinstate Civil Statute "H" Under Civil Rights for Non Employment Discrimination, Damages, and Relief [5] is **DENIED**; and it is

**FURTHER ORDERED** that the complaint, as amended, and this civil action are **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

United States District Judge

April 9, 2019